

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2020

No. 04-19-00542-CV

Vinod S. **IDNANI**,
Appellant

v.

Mansha V. **IDNANI**,
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2016-CVG-001721-C3
Honorable Ron Carr, Judge Presiding

# O R D E R

After we granted two motions for extension of time to file Appellant's brief, the brief was due on February 28, 2020. *See* TEX. R. APP. P. 38.6(a). On March 9, 2020, after no brief or further motion for extension of time was filed, we ordered Appellant to show cause in writing by March 19, 2020, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.).

On March 19, 2020, Appellant filed the brief and a third motion for an extension of time to file the brief.

Appellant's third motion for extension of time to file the brief is GRANTED. Appellant's brief is deemed timely filed.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2020.



Michael A. Cruz,
Clerk of Court